# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ASPEN LICENSING
INTERNATIONAL, INC.,

      Plaintiff,

v.                                     CASE NO. 4:07cv195-RH/WCS

ASPEN TIME LTD. et al.,

      Defendants.

_____/

## ORDER AWARDING ATTORNEY'S FEES

By order entered February 16, 2008 (document 95), it was determined that defendants are entitled to an award of attorney's fees against plaintiff. Proceedings for determination of the amount of the fee went forward under Local Rule 54.1. Those procedures resulted in an agreement between the parties that the amount to be awarded is $54,082.26. The agreement waives any challenge to the amount of the fee award but does not waive plaintiff's right to assert on appeal that no fees should have been awarded at all.

      For these reasons,

      IT IS ORDERED:

The clerk must enter judgment stating, "Defendants Aspen Time Ltd., Omni Quartz Ltd., and Omni Watch and Clock Company, LLC, shall recover from plaintiff Aspen Licensing International, Inc., the sum of Fifty Four Thousand Eight-Two and 26/100 Dollars ($54,082.26), as attorney's fees."

SO ORDERED this 10th day of May, 2008.

s/Robert L. Hinkle  
Chief United States District Judge